Adam I. Gafni, SBN 230045
Rosy S. Meyerowitz, SBN 265707
WOOLF GAFNI & FOWLER LLP
10850 Wilshire Boulevard, Suite 510
Los Angeles, CA 90024
Tel: (310) 474-8776
Fax: (310) 919-3037
E-mail: adam.gafni@wgfllp.com
E-mail: rosy.meyerowitz@wgfllp.com

Attorneys for Plaintiff,
Barry Rosen

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

BARRY ROSEN,

          Plaintiff,

    vs.

AMAZON.COM, INC., and DOES 1
TO 10,

          Defendants.

Case No. CV14-2115 LSWL MANx

COMPLAINT FOR INFRINGEMENT
OF COPYRIGHT (17 U.S.C. § 501)

Demand for Jury Trial

Plaintiff BARRY ROSEN ("Plaintiff") alleges:

### Jurisdiction and Venue

    1.    ***Subject Matter Jurisdiction.*** This action arises under the Copyright Act, 17 U.S.C. § 101, *et seq.* This Court has original subject matter jurisdiction over all claims pursuant to 28 U.S.C. § 1331 and § 1338(a).

    2.    ***Venue.*** Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b), (c), and § 1400(a).

    3.    ***Personal Jurisdiction.*** Personal jurisdiction is proper over the Defendants because they either reside in California or the wrongful activity at issue concerns Defendants' operation of commercial businesses through which Defendants knowingly transact business and enter into contracts with individuals in California, including within

1

1  the County of Los Angeles. Each of the Defendants, therefore, has purposefully availed

2  itself of the privilege of doing business in California, and material elements of

3  Defendants' wrongdoing occurred in this State, *i.e.*, Defendants caused the infringing

4  images to be distributed to and displayed in Los Angeles County to thousands of persons.

5      4.    Plaintiff does not presently know the true names and capacities of the

6  defendants named as Does 1 through 10 and therefore sues such defendants by these

7  fictitious names. Plaintiff believes that the Doe Defendants are persons or entities who

8  are involved in the acts set forth below, either as independent contractors, agents, or

9  employees of the known defendants, or through entering into a conspiracy and agreement

10  with the known Defendants to perform these acts, for financial gain and profit, in

11  violation of Plaintiff's rights. Plaintiff will request leave of Court to amend this

12  Complaint to set forth their true names, identities and capacities when Plaintiff ascertains

13  them. The Doe defendants and the known Defendants are referred to hereinafter

14  collectively as "Defendants."

15      5.    Defendants have been or are the principals, officers, directors, agents,

16  employees, representatives, and/or co-conspirators of each of the other defendants, and in

17  such capacity or capacities participated in the acts or conduct alleged herein and incurred

18  liability therefore. At some unknown time, the Defendants, or some of them, entered into

19  a conspiracy with other of the Defendants to commit the wrongful acts described herein.

20  The actions described below were taken in furtherance of such conspiracy. Defendants

21  aided and abetted each other in the wrongful acts alleged herein. Each of the Defendants

22  acted for personal gain or in furtherance of their own financial advantage in doing the

23  acts alleged below.

## First Claim for Relief for Copyright Infringement

### (Against All Defendants)

26      6.    Plaintiff realleges paragraph 1 through 5.

27      7.    Plaintiff is a photographer Plaintiff is a photographer. Plaintiff created the

2

COMPLAINT FOR INFRINGEMENT OF COPYRIGHT (17 U.S.C. § 501)

following photograph: Anna Kournikova 7 (VA 1-239-757). The Photograph consists of material original with Plaintiff and is copyrightable subject matter. Plaintiff is the owner of all right, title, and interest in and to the Photograph. Plaintiff has registered the copyright for the Photograph and has been issued a Certificate of Registration (# VA 1-239-757).

8.    Under the Copyright Act of 1976, 17 U.S.C. §101, *et seq.* (the "Copyright Act"), Plaintiff has the distinct, severable, and exclusive rights, *inter alia*, to reproduce, distribute and publicly display the Photographs. (17 U.S.C. §§106(1), (3), and (5).)

9.    Defendant Amazon.com, Inc. ("Amazon") is a company that operates an ecommerce "marketplace" website, where various infringing goods are offered for sale/sold including items by a seller using the id "The History Of The Game."

10.    Within the last three years, Plaintiff discovered that Defendants, without Plaintiff's permission, consent or authority, (1) made or caused to be made unauthorized copies of the Photographs, (2) distributed, made available for distribution, and/or facilitated the unauthorized distribution of unauthorized copies of the Photographs, and/or (3) publicly displayed, made available for, and/or facilitated, the unauthorized public display of the Photographs, on the website amazon.com and images-amazon.com ("Amazon Websites"). Details of the infringement are set forth below.

### Infringement of Anna Kournikova 7  VA 1-239-757

11.    On December 11, 2013, Rosen discovered that a seller by the name of "The History Of The Game," was selling an unauthorized photo print of one of Rosen's Anna Kournikova photographs and had also made and posted and unauthorized copy of amazon.com and images-amazon.com. True and correct copies of the infringement(s) as they existed on amazon.com and images-amazon.com on December 11, 2013 are attached hereto as Exhibits 1, 2 and 3.

12.    The jpeg image file posted on amazon.com and images-amazon.com was 267×400 pixels and displayed very large (at least a half page or more) on a mobile device

like an Ipad. True and correct copies of the infringement(s) as they existed on amazon.com and images-amazon.com and were displayed on an Ipad on December 11, 2013 are attached hereto as Exhibits 4 and 5.

13.    Rosen reported the infringement to Amazon on December 11, 2013 by fax and email, but it fully failed to remove the infringement(s). True and correct faxed and emailed DMCA notices on December 11, 2013 are attached hereto as Exhibits 6 and 7.

14.    Rosen reported the infringement to Amazon on December 11, 2013 by fax and email, but it fully failed to remove, or disable access to, the material that is claimed to be infringing or to be the subject of infringing activity at the reported URLs/links. True and correct faxed and emailed DMCA notices on December 11, 2013 are attached hereto as Exhibits 6 and 7.

15.    Rosen received an email from Amazon on December 11, 2013 that it had received the email version of the DMCA notice. A true and correct of the email Rosen received from Amazon on December 11, 2013 is attached hereto as Exhibit 8.

16.    Rosen received an email from Amazon on December 12, 2013 stating that "The listing you identified appears to have been removed from Amazon.com," but it failed to remove or disable access to listing detail page or images in response to the DMCA notice and only disabled the ability to buy the item, leaving the reported infringement(s) active and available to the entire world on amazon.com and images-amazon.com. A true and correct of the email Rosen received from Amazon on December 12, 2013 is attached hereto as Exhibit 9.

17.    As of February 24, 2014, the infringement(s) remained active and available to the entire world on amazon.com and images-amazon.com via on and/or through the URL/links (identified to Amazon in the DMCA Notice). True and correct copies of the infringement(s) as they existed on amazon.com and images-amazon.com on February 24, 2014 are attached hereto as Exhibits 10, 11 and 12.

18.    Such conduct constitutes direct and contributory infringement of Plaintiff's

4

1    copyrights and exclusive rights under copyright in the Photographs in violation of the

2    Copyright Act, 17 U.S.C. §106 and §501.

3        19.    Plaintiff is informed and believes Defendants have engaged and continue to

4    engage in the business of inducing, causing, and/or materially contributing to the

5    unauthorized reproduction, public display, and/or distribution of copies of the

6    Photographs. Plaintiff gave notice to Defendant Amazon of the infringing activity that

7    was occurring on the Amazon Websites on December 11, 2013, but Amazon did not

8    thereafter take simple measures available to it to prevent or stop the infringing activity.

9        20.    Plaintiff is informed and believes Defendants have engaged and continue to

10    engage in the act of inducing infringing activities by requiring all sellers to post images in

11    sales listings (on its public internet servers) and further requiring the posting of images

12    that will display at relatively large sizes within those listings even though Amazon knew

13    or should have known that such acts would be in violation of the Copyright Act, 17

14    U.S.C. §109 (c).    True and correct copies of such requirements related to Sports

15    Collectibles approval and posting requirement as they existed on amazon.com on March

16    12, 2014 are attached hereto as Exhibits 13, and 14.

17        21.    Plaintiff is informed and believes Defendants have and have had the right

18    and ability to control the infringing conduct alleged above. Defendants have derived, or

19    have continuously attempted or intended to derive, a direct financial benefit from the

20    infringing use of the Photographs. As a direct and proximate result of Defendants' failure

21    and refusal to control and prevent the infringing activity, Defendants have infringed

22    Plaintiffs' copyrights in the Photographs as set forth above. Defendants' conduct

23    constitutes vicarious infringement of Plaintiff's copyrights and exclusive rights under

24    copyright in the Photographs in violation of the Copyright Act, 17 U.S.C. §106 and §501.

25        22.    Plaintiff is informed and believes Amazon receives a direct financial benefit

26    from the infringing activities by charging upfront fees to post the items. Amazon further

27    intends to derive direct financial benefit by charging fees based on the final sales price.

28

1    True and correct copies of seller fee table as it existed on amazon.com on March 12, 2014

2    is attached hereto as Exhibits 15 and 16.

3       23.    Plaintiff is informed and believes that because Amazon has derived, or has

4    continuously attempted to derive, or otherwise intended to derive, a direct financial

5    benefit from the infringing use of the Photographs, Amazon is barred from any DMCA

6    safe harbor as defined in Section 512 of the Copyright Act (17 U.S.C. 512(c)(1)(B)).

7       24.    Defendants cannot claim DMCA safe harbor as Defendants have

8    consistently failed to comply with the first threshold requirement related to DMCA agent

9    designation under Section 512 of the Copyright Act (17 U.S.C. 512(c)(2)). Defendants

10   have failed to properly designate an agent to receive notifications of claimed

11   infringement by making available through its service (publishing on its website), and also

12   provide substantially the same information to the copyright office. Amazon have been on

13   notice by Rosen on multiple occasions of the fact that its DMCA designation on file with

14   the Copyright is fully out of date  and non-compliant since it moved to a new office

15   location a few years ago, yet Amazon has fully failed to update the designation. True and

16   correct copies of DMCA Designation as it existed on amazon.com on March 12, 2014

17   (and has been there since December 5, 2012) and their current DMCA designation on file

18   with the Copyright office (since 2009) is attached hereto as Exhibits 17 and 18.

19      25.    Plaintiff is informed and believes Defendants' acts of infringement were

20   ongoing, willful, intentional, and purposeful, and/or in reckless disregard of and with

21   indifference to Plaintiff's rights because Defendants knew or recklessly failed to know

22   that they did not have the right to use the Photographs in the manner in which they used

23   the Photographs.

24      26.    Plaintiff is informed and believes that as a result of two prior lawsuits by

25   Rosen (including one lawsuit currently in process) for such continuing failures to act with

26   respect to Copyright Infringement (DMCA) notifications, Amazon knew or should have

27   known that it had not properly adopted policies or otherwise acted on such policies to

28

COMPLAINT FOR INFRINGEMENT OF COPYRIGHT (17 U.S.C. § 501)

1   deal with removal of infringing activities, and have acted recklessly in failing change or

2   otherwise fix those policies.

3       27.    Plaintiff is informed and believes Amazon has failed to adopt or reasonably

4   implement a policy that provides for the termination in appropriate circumstances of

5   subscribers and account holders of the service provider's system or network who are

6   repeat infringers and is barred from any DMCA safe harbor as defined in Section 512(i)

7   of the Copyright Act.

8       28.    Plaintiff is informed and believes Amazon fails to inform subscribers and

9   account holders of the service provider's repeat infringer policy and is barred from any

10  DMCA safe harbor as defined in Section 512(i) of the Copyright Act.

11      29.    As a direct and proximate result Defendants' infringement, Plaintiff was

12  damaged, and Plaintiff is entitled to his actual damages and Defendants' profits pursuant

13  to 17 U.S.C. §504(b).

14      30.    Alternatively, at Plaintiff's election, Plaintiff is entitled to the maximum

15  statutory damages pursuant to 17 U.S.C. §504(c) with respect to each work infringed or

16  such other amounts as may be proper under 17 U.S.C. §504(c).

17      31.    Plaintiff is entitled to attorneys' fees and costs pursuant to 17 U.S.C. §505.

18      WHEREFORE, Plaintiff prays for judgment against Defendants and each of them

19  as follows:

20      1.     For Plaintiff's actual damages.

21      2.     For a full accounting under supervision of this Court of all profits, income,

22  receipts, or other benefits derived by Defendants as a result of their willful and unlawful

23  conduct.

24      3.     For statutory damages under the Copyright Act.

25      4.     For prejudgment interest.

26      5.     For preliminary and permanent injunctive relief from ongoing infringing

27  activities, including, but not limited to:

28

**7**

COMPLAINT FOR INFRINGEMENT OF COPYRIGHT (17 U.S.C. § 501)

a. enjoining Defendants, and all persons acting in concert or participation with them, from: directly or indirectly infringing in any manner, or causing, contributing to, enabling, facilitating, or participating in the infringement, of Plaintiff's copyrights (whether now in existence or hereafter created) or exclusive rights under copyright, and

b. the seizure of all property made in, or used to assist in the, violation of Plaintiff's exclusive copyrights pursuant to 17 U.S.C. §503, including, but not limited to, all copies of the Photographs, all domains and all servers and other computer equipment used to publish, broadcast or archive the Photographs.

6. For attorneys' fees and costs.

7. For such other and further relief as this Court deems just and appropriate.

Dated: March 18, 2014                    WOOLF GAFNI & FOWLER LLP

Adam I. Gafni
Attorney for plaintiff
Barry Rosen

# Exhibit 1



# amazon
## Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

**Top Holiday Deals** ·Shop now
New deals every day · Presented by Bank of America and Visa

Shop by Department | Search | Sports & Outdoors | kournikova psa/dna | Go

Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List

Sports Collectibles | Collectibles & Fine Art | Baseball | Basketball | Football | Hockey | Other Sports | Fan Shop | Entertainment

**Top Holiday Deals** in Sports Collectibles ·Shop now



Click to open expanded view

## ANNA KOURNIKOVA SIGNED AUTOGRAPHED 8X12 TENNIS PHOTO PSA/DNA #F85875

Be the first to review this item

Price: **$99.00**

**Only 1 left in stock.**

Ships from and sold by The History Of The Game.

**Ordering for Christmas?** Based on the shipping schedule of The History Of The Game, choose **Standard** at checkout for delivery by December 24. See The History Of The Game shipping details.

1 collectible from $99.00

### Sports Collectibles Shopping Guarantee
The condition of this item and its timely delivery are guaranteed under the Amazon A-to-z Guarantee. We want you to buy with confidence and we guarantee purchases from Amazon Marketplace and merchant sellers when payment is made via the Amazon.com website or when you use Amazon Payments for qualified purchases on third-party websites.



**$99.00** + $4.49 shipping
In Stock. Sold by **The History Of The Game**

Add to Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List

Share ✉ f ☰ 🅿

# Key Collectibles Information

| Authenticity Provided By | PSA |
|---|---|
| Condition | New |
| Condition Provided By | Seller |
| Is Autographed | Yes |

# Product Description

ANNA KOURNIKOVA SIGNED AUTOGRAPHED 8X12 TENNIS PHOTO PSA/DNA #F85875 PSA/DNA Certification # F85875

# Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B00H8S442C

**Average Customer Review:** Be the first to review this item

Would you like to **give feedback on images** or **tell us about a lower price**?

# Customer Questions & Answers

Have a question? Ask the owners here. | Ask owners

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



Advertisement

## Feedback

- If you have a question or problem, visit our **Help pages**.

- Would you like to **give feedback on images** or **tell us about a lower price**?

- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

See personalized recommendations

Sign in

New customer? Start here.

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Kindle

Help

**amazon**.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**Alexa**
Actionable Analytics
for the Web

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Amazon Web Services**
Scalable Cloud

**Askville**
Community

**Audible**
Download

**BeautyBar.com**
Prestige Beauty

**Book Depository**
Books With Free

**Bookworm.com**
Books For Children

**Casa.com**
Kitchen, Storage

| Computing Services | Answers | Audio Books | Delivered | Delivery Worldwide | Of All Ages | & Everything Home |
|---|---|---|---|---|---|---|
| CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green |
| | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2013, Amazon.com, Inc. or its affiliates

# Exhibit 2



amazon

Top Holiday Deals › Shop now

Sho
De
Sp

close

**ANNA KOURNIKOVA SIGNED AUTOGRAPHED 8X12...**

Ke

Pr

Pr

Would you like to **give feedback on images** or **tell us about a lower price**?

## Customer Questions & Answers

Have a question? Ask the owners here.

Ask owners

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer Reviews

Advertisement ▢

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

> Write a customer review

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

See personalized recommendations

> **Sign in**

New customer? Start here.

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

**AMAZON**.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm | AbeBooks | AfterSchool.com | Alexa | AmazonFresh | Amazon Local | AmazonSupply |
|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies |
| Amazon Web Services | Askville | Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com |
| Scalable Cloud | Community | Download | Prestige Beauty | Books With Free | Books For Children | Kitchen, Storage |

| Computing Services | Answers | Audio Books | Delivered | Delivery Worldwide | Of All Ages | & Everything Home |
|---|---|---|---|---|---|---|
| CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green |
| | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2013, Amazon.com, Inc. or its affiliates

# Exhibit 3



# Exhibit 4



# Exhibit 5



# Exhibit 6

TRANSMISSION VERIFICATION REPORT

```
                                          TIME  : 12/10/2013 21:16
                                          NAME  : BR
                                          FAX   : 3102756677
                                          TEL   :
                                          SER.# : C8J247068
```

```
DATE,TIME               12/10  21:15
FAX NO./NAME            12062667010
DURATION               00:00:23
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

## DMCA Notice of Copyright Infringement

Date: December 11, 2013

Amazon.com, Inc. and affiliates
Adrian Garver, DMCA Designated Agent
1200 12th Ave South, Suite 1200
Seattle, WA 98144
Via Fax: (206) 266-7010
Via E-mail: copyright@amazon.com

Dear Amazon.com, Inc.

Per 17 USC section 512, I, the undersigned, CERTIFY UNDER
PENALTY OF PERJURY, that the information in this notice is
accurate and that **I am the owner** or an agent authorized to
act on behalf of the owner of certain intellectual property
rights, namely copyright(s), said owner being named Barry
Rosen ("IP Owner"). I have a good faith belief that the
links/materials/activities identified in the addendums
attached hereto are not authorized by the above IP Owner,
its agent, or the law and therefore infringe the IP Owner's
rights according to United States law. Please act
expeditiously to remove or disable access to the material
or items claimed to be infringing.

I may be contacted at:

Name: Barry Rosen
C/O Peter Dion-Kindem, esq.
21550 Oxnard Street, Suite 900
Woodland Hills CA 91367
(818) 883-4900

## DMCA Notice of Copyright Infringement

Date: December 11, 2013

Amazon.com, Inc. and affiliates
Adrian Garver, DMCA Designated Agent
1200 12th Ave South, Suite 1200
Seattle, WA 98144
Via Fax: (206) 266-7010
Via E-mail: copyright@amazon.com

Dear Amazon.com, Inc.

Per 17 USC section 512, I, the undersigned, CERTIFY UNDER
PENALTY OF PERJURY, that the information in this notice is
accurate and that **I am the owner** or an agent authorized to
act on behalf of the owner of certain intellectual property
rights, namely copyright(s), said owner being named Barry
Rosen ("IP Owner").  I have a good faith belief that the
links/materials/activities identified in the addendums
attached hereto are not authorized by the above IP Owner,
its agent, or the law and therefore infringe the IP Owner's
rights according to United States law. Please act
expeditiously to remove or disable access to the material
or items claimed to be infringing.

I may be contacted at:

Name: Barry Rosen
C/O Peter Dion-Kindem, esq.
21550 Oxnard Street, Suite 900
Woodland Hills CA 91367
(818) 883-4900
Email: brcopyright@pacbell.net

Truthfully,

Barry Rosen

**Addendum to Notice of Infringement:**
**List of Infringing Items Or Materials**

Name of Intellectual Property Owner:
Barry Rosen

The following items/links identified in are located/reside
on your servers/network:

1) Item/Material identification: My registered photo of a
celebrity, model or athlete (Anna Kournikova)

URL/Link(s):
http://www.amazon.com/KOURNIKOVA-SIGNED-AUTOGRAPHED-TENNIS-
F85875/dp/B00H8S442C/ref=sr_1_13?s=sports-
collectibles&ie=UTF8&qid=1386788959&sr=1-
13&keywords=kournikova+psa%2Fdna

http://ecx.images-amazon.com/images/I/41n-7-ct7rL.jpg

# Exhibit 7

DMCA Notice of Copyright Infringement (digital Copy)

Date: December 11, 2013

Amazon.com
Attn: Adrian Garver, Copyright Agent/Amazon Web Services
P.O. Box 81226
Seattle, WA 98108
Via Fax: (206) 266-7010
Via Email: copyright@amazon.com

Dear Amazon.com:

Per 17 USC section 512, I, the undersigned, CERTIFY UNDER PENALTY OF
PERJURY, that the information in this notice is accurate and that I am the
owner or an agent authorized to act on behalf of the owner of certain
intellectual property rights, said owner being named Barry Rosen ("IP
Owner").  I have a good faith belief that the links or materials identified
in the addendums attached hereto are not authorized by the above IP Owner,
its agent, or the law and therefore infringe the IP Owner's rights according
to state, federal, or United States law. Please act expeditiously to remove
or disable access to the material or items claimed to be infringing.

I may be contacted at:

Name: Barry Rosen
C/O Peter Dion-Kindem, esq.
21550 Oxnard Street, Suite 900
Woodland Hills CA 91367
(818) 883-4900
Email: brcopyright@pacbell.net


Truthfully,
(see also faxed copy)
s/Barry Rosen


Addendum to Notice of Infringement:
List of Infringing Items Or Materials

Name of Intellectual Property Owner:
Barry Rosen

The following items/links identified in are located/reside on your
servers/network:

1) Item/Material identification: My registered photo of a celebrity, model
or athlete (Anna Kournikova)

URL/Link(s):
http://www.amazon.com/KOURNIKOVA-SIGNED-AUTOGRAPHED-TENNIS-F85875/dp/B00H8S4
42C/ref=sr_1_13?s=sports-collectibles&ie=UTF8&qid=1386788959&sr=1-13&keyword
s=kournikova+psa%2Fdna

http://ecx.images-amazon.com/images/I/41n-7-ct7rL.jpg

# Exhibit 8

**Subject: Re: DMCA Notice of Copyright Infringement (digital Copy)**
**Date:** Wednesday, December 11, 2013 9:16 PM
**From:** Amazon.com <nobody@bounces.amazon.com>
**To:** Barry Rosen <brcopyright@pacbell.net>

Hello from Amazon.com.

This is an automated response to confirm that we have received your email. Please do not respond to this
auto-generated message. If you are contacting us regarding patent infringement, please submit your notice
to patents@amazon.com.

Your email will be reviewed by the Amazon.com Copyright Team. We typically respond to notices within 5-7
business days.  We will contact you if additional information be is required, you will be contacted.

General guidelines for submitting a notice of copyright infringement may be found below:

http://www.amazon.com/gp/help/customer/display.html/ref=footer_cou?ie=UTF8&nodeId=508088#copyright

These same guidelines should also be used when submitting notices of trademark infringement.

Please ensure that your notice includes all pertinent information in the body of your email, including
the following:

. Contact information (Name and E-mail is sufficient) of the rights owner or their agent to be
provided to the parties who made the content available on Amazon;

. ASINs or ISBNs of products at issue;

. The individual sellers you claim are to infringe on your rights, if applicable;

. Order ID Numbers for any test buys, if applicable;

. In cases of trademark infringement we also ask that you provide all relevant trademark
registrations numbers.

All notices must include the following:

. A statement by you that you have a good-faith belief that the disputed use is not authorized by
the copyright owner, its agent, or the law;

. A statement by you, made under penalty of perjury, that the above information in your notice is
accurate and that you are the copyright/trademark owner or authorized to act on the copyright owner's
behalf.

We will not process or respond to a notice that does not include this information in the body of your
e-mail.

Best regards,
Amazon.com Copyright Team


P.S. You received this message because Amazon.com received the following message:

Date: Wed, 11 Dec 2013 21:16:00 -0800
From: BR <brcopyright@pacbell.net>
To: "Amazon.com Copyright Agent" <copyright@amazon.com>
Subject: DMCA Notice of Copyright Infringement (digital Copy)

# Exhibit 9

**Subject: RE: DMCA Notice of Copyright Infringement (digital Copy)**
**Date:** Thursday, December 12, 2013 at 12:51 PM
**From:** Amazon.com Copyright Agent <copyright@amazon.com>
**Reply-To:** "copyright+A2VBVYL4UMHQMD@amazon.com" <copyright+A2VBVYL4UMHQMD@amazon.com>
**To:** Barry Rosen <brcopyright@pacbell.net>

Hello from Amazon.

Thank you for your e-mail. The listing you identified appears to have been removed from Amazon.com.
We trust this will bring this matter to a close.


Copyright/Trademark Agent
Amazon.com

---- Original message: ----

DMCA Notice of Copyright Infringement (digital Copy)

Date: December 11, 2013

Amazon.com
Attn: Adrian Garver, Copyright Agent/Amazon Web Services
P.O. Box 81226
Seattle, WA 98108
Via Fax: (206) 266-7010
Via Email: copyright@amazon.com

Dear Amazon.com:

Per 17 USC section 512, I, the undersigned, CERTIFY UNDER PENALTY OF
PERJURY, that the information in this notice is accurate and that I am the
owner or an agent authorized to act on behalf of the owner of certain
intellectual property rights, said owner being named Barry Rosen ("IP
Owner").  I have a good faith belief that the links or materials identified
in the addendums attached hereto are not authorized by the above IP Owner,
its agent, or the law and therefore infringe the IP Owner's rights according
to state, federal, or United States law. Please act expeditiously to remove
or disable access to the material or items claimed to be infringing.

I may be contacted at:

Name: Barry Rosen
C/O Peter Dion-Kindem, esq.
21550 Oxnard Street, Suite 900
Woodland Hills CA 91367
(818) 883-4900
Email: brcopyright@pacbell.net


Truthfully,
(see also faxed copy)
s/Barry Rosen


Addendum to Notice of Infringement:
List of Infringing Items Or Materials

Name of Intellectual Property Owner:
Barry Rosen

The following items/links identified in are located/reside on your
servers/network:

1) Item/Material identification: My registered photo of a celebrity, model

or athlete (Anna Kournikova)

URL/Link(s):
http://www.amazon.com/KOURNIKOVA-SIGNED-AUTOGRAPHED-TENNIS-F85875/dp/B00H8S4
42C/ref=sr_1_13?s=sports-collectibles&ie=UTF8&qid=1386788959&sr=1-13&keyword
s=kournikova+psa%2Fdna

http://ecx.images-amazon.com/images/I/41n-7-ct7rL.jpg

# Exhibit 10

Case 2:14-cv-02115-ABC-E Document 1 Filed 03/20/14 Page 35 of 75 Page ID #:40











Click to open expanded view

## ANNA KOURNIKOVA SIGNED AUTOGRAPHED 8X12 TENNIS PHOTO PSA/DNA #F85875

Be the first to review this item

**Currently unavailable.**
We don't know when or if this item will be back in stock.

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Add to Wish List

Share ✉ f 🐦 📌

## Key Collectibles Information

| | |
|---|---|
| Authenticity Provided By | PSA |
| Condition | New |
| Condition Provided By | Seller |
| Is Autographed | Yes |

## Product Description

ANNA KOURNIKOVA SIGNED AUTOGRAPHED 8X12 TENNIS PHOTO PSA/DNA #F85875 PSA/DNA Certification # F85875

## Product Details

**ASIN:** B00H8S442C

**Average Customer Review:** Be the first to review this item

Would you like to **give feedback on images** or **tell us about a lower price**?

## Customer Questions & Answers

Have a question? Ask the owners here.    Ask owners

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer Reviews

There are no customer reviews yet.

| | Share your thoughts with other customers |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | **Write a customer review** |
| 2 star | |
| 1 star | |

Safari Power Saver
Click to Start Flash Plug-in

Happiness


amazonPrime

Advertisement

### Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading...

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | ❯ See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

**amazon.com**

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm | AbeBooks | AfterSchool.com | Alexa | AmazonFresh | Amazon Local | AmazonSupply | Amazon Web Services |
|---|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Computing Services |
| Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com | CreateSpace | Diapers.com | DPReview |
| Download | Prestige Beauty | Books With Free | Books For Children | Kitchen, Storage | Indie Print Publishing | Everything | Digital |

Amazon.com: ANASTASIA KOURNIKOVA SIGNED AUTOGRAPHED 8X10 CELEBRITY PSA/DNA COA #Q55324...

Case 2:14-cv-02115-ABC-E Document 1 Filed 03/20/14 Page 37 of 75 Page ID #:42

3/14/14 11:01 AM

| Audio Books | Delivered | Delivery Worldwide | Of All Ages | & Everything Home | Made Easy | But The Baby | Photography |
|---|---|---|---|---|---|---|---|
| **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands |
| **Soap.com**<br>Health, Beauty &<br>Home Essentials | **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **Vine.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2014, Amazon.com, Inc. or its affiliates

# Exhibit 11

amazon

Tax Central Is Here ›Shop now

close

**ANNA KOURNIKOVA SIGNED AUTOGRAPHED 8X12...**

- Is this item easy to use?
- What are the dimensions of this item?

## Customer Reviews

Advertisement

**There are no customer reviews yet.**



| | Share your thoughts with other customers |
|---|---|
| 5 star | |
| 4 star | Write a customer review |
| 3 star | |
| 2 star | |
| 1 star | |

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading...

### Get to Know Us
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

### Make Money with Us
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

### Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

### Let Us Help You
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

**AMAZON.COM**

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| | | | |
|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **Alexa** Actionable Analytics for the Web |
| **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |
| **East Dane** Designer Men's | **Fabric** Sewing, Quilting | **IMDb** Movies, TV | **Junglee.com** Shop Online | **Kindle Direct Publishing** Indie Digital Publishing | **Look.com** Kids' Clothing | **MYHABIT** Private Fashion | **Shopbop** Designer |

| Soap.com | TenMarks.com | Vine.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Health, Beauty & | Math Activities | Everything | Everything | Open-Box | Discounts and | A Happy Place | Shoes & |
| Home Essentials | for Kids & Schools | to Live Life Green | For Your Pet | Discounts | Shenanigans | To Shop For Toys | Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates

# Exhibit 12



# Exhibit 13

3/20/14, 11:00 PM



Your Amazon.com | Today's Deals | Gift Cards | Sell | Help




| Shop by Department ▾ | Search | All ▾ | | Go | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾ |

## Selling at Amazon.com    › Policies and Agreements  › Category, Product, and Listing Restrictions  › Categories and Products Requiring Approval

### Topics

< General Help

‹ Policies and Agreements

‹ Category, Product, and Listing Restrictions

**Categories and Products Requiring Approval**

  Collectible Books

  Entertainment Collectibles

  Holiday Selling Guidelines in Toys & Games

  Jewelry

  Laser Pointers and Related Products

  Sports Collectibles

  Major Appliances

### Other Help Areas

Amazon Prime

Shipping & Delivery

Returns & Refunds

Managing Your Account

Payment, Pricing & Promotions

Ordering

Kindle

MP3, Instant Video & Apps

Gifts, Gift Cards & Registries

Security & Privacy

Author, Publisher & Vendor Guides

Site Features

**Search Help:** [Enter a keyword or topic] [Search Seller Help]

# Categories and Products Requiring Approval

**Categories Requiring Approval | Products Requiring Approval | Restricted Products**

## Categories Requiring Approval

Sellers are required to obtain approval from Amazon before listing in certain product categories.

Listed in the table below are the categories that currently require approval. You may apply to sell in one of these categories by submitting an application to Amazon:

- If you do not have a Selling on Amazon account, please submit your request using the Amazon Services Contact Us form.
- If you already have a Selling on Amazon account, click the link next to the category name (account login required) and follow the instructions to submit your application.

| CATEGORY | REQUIREMENTS |
| --- | --- |
| Automotive & Powersports | View requirements |
| Clothing & Accessories | Apply to sell |
| Collectible Books | View requirements |
| Entertainment Collectibles | View requirements |
| Fine Art | View requirements |
| Industrial & Scientific | View requirements |
| Jewelry | We are currently not reviewing new seller applications to list products for sale in the Jewelry category. Learn more |
| Luggage & Travel | Apply to sell |

### Seller Support

Please use the e-mail address associated with your Amazon.com Seller account.

[Contact Us]

### Other Help Sites

Sell on Amazon

Associates Program Help

Amazon Web Services

Publisher and Vendor Help

Ayuda en Español

| | |
|---|---|
| Accessories | |
| Major Appliances | Apply to sell |
| Sexual Wellness | Apply to Sell |
| Shoes, Handbags & Sunglasses | Apply to sell |
| Sports Collectibles | View requirements |
| Textbook Rentals | We are currently not accepting new seller applications to list products in the Textbook Rentals category. |
| Watches | Apply to sell |
| Wine | View requirements |

## Products Requiring Approval

Even if selling in a category does not require approval from Amazon, selling certain *products* may require approval.

To submit a request to sell specific products in the Software category, contact Amazon Services.

Other than Software, other categories are not currently accepting new requests to sell certain products that require approval from Amazon.

To submit a request to sell laser pointers and related products in any category, see Laser Pointers and Related Products.

To submit a request to sell Amazon Frustration-Free Packaging products in any category, see Frustration-Free Packaging Help.

## Restricted Products

Certain products may not be listed at all on Amazon.com. Learn more in our Restricted Products and Selling Policies Help.

> **Please note:** Sellers must list products in the appropriate product categories. The Everything Else category is available to all sellers primarily for collectibles, such as coins and stamps, and other products that do not clearly belong in other categories. Do not list a product in the Everything Else category if the product matches an existing product page, belongs in a category that requires approval, or is restricted or prohibited.

## Before you submit a request

Before you submit a request, review the following guidelines:

- A UPC or EAN is required to list items in most Amazon categories, particularly if you are selling items from major brands. If you do not have UPCs for your products, you may want to consider using Amazon Product Ads. Learn more.
- Used items cannot be sold in certain categories. Refer to the Condition Guidelines Help page for category-specific condition guidelines.
- For consistency, all Amazon product pages must include professionally staged images on white backgrounds. You may be required to provide image samples or links to product images on your own website when requesting approval to sell on Amazon.

When submitting a request, provide specific information about the products you propose to list. If possible, also provide a link to your company website.

---

**Related Topics:**

Collectible Books

Entertainment Collectibles

Holiday Selling Guidelines in Toys & Games

Jewelry

Laser Pointers and Related Products

Sports Collectibles

Major Appliances

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Kindle

Help

AMAZON.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**Alexa**
Actionable Analytics
for the Web

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Amazon Web Services**
Scalable Cloud
Computing Services

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**IMDb**
Movies, TV
& Celebrities

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Look.com**
Kids' Clothing
& Shoes

**MYHABIT**
Private Fashion
Designer Sales

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**TenMarks.com**
Math Activities
for Kids & Schools

**Vine.com**
Everything
to Live Life Green

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Woot!**
Discounts and
Shenanigans

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates

# Exhibit 14



 

| Shop by **Department** | Search | All | | Go | Hello. Sign in **Your Account** | Try **Prime** | 0 **Cart** | Wish **List** |

## Selling at Amazon.com

> Policies and Agreements > Category, Product, and Listing Restrictions > Categories and Products Requiring Approval > **Sports Collectibles**

### Topics

< General Help

‹ Policies and Agreements

‹ Category, Product, and Listing Restrictions

‹ Categories and Products Requiring Approval

Collectible Books

Entertainment Collectibles

Holiday Selling Guidelines in Toys & Games

Jewelry

Laser Pointers and Related Products

**Sports Collectibles**

Major Appliances

### Other Help Areas

Amazon Prime

Shipping & Delivery

Returns & Refunds

Managing Your Account

Payment, Pricing & Promotions

Ordering

Kindle

MP3, Instant Video & Apps

Gifts, Gift Cards & Registries

Security & Privacy

Author, Publisher & Vendor Guides

Site Features

---

**Search Help:** [Enter a keyword or topic]   [Search Seller Help]

## Sports Collectibles

Amazon limits the addition of new sellers in the Sports Collectibles Store to ensure that customers are able to buy with confidence from all sellers on Amazon.com. The requirements for selling in the Sports Collectibles Store reflect buyer concern for product quality and consumer trust.

You must meet the requirements listed below to sell products in the Sports Collectibles Store. Please take the time to read this list of requirements and consult our Help pages if you have questions about specific policies. After you have reviewed the category requirements and comply with them, contact us to request approval.

### Sellers must meet the following criteria to be eligible to apply to sell in the Sports Collectibles Store:

- Have an order defect rate lower than 0.75%.
- Have images with at least 500px on the longest side that comply with our image guidelines.
- A majority of the products listed must be authenticated or graded by one or more of the companies listed below*
- Be on the Professional selling plan.

### General Requirements for selling in the Sports Collectibles Store:

- Provide product images from an independent website or an image hosting site, or as attachments.
- Only offer authentic products. We do not allow any counterfeit, replica, or knock-off products.
- Listing data and images must be suitable for all ages and appropriate for our global community. Listing data and images may not depict or contain nudity or pornographic, obscene, or offensive items.
- Seller must follow Amazon listing standards for any product sold on Amazon.com.
  - Seller must have reviewed the Seller Central Sports Collectibles listing template and agree to appropriately and accurately classify its products.
  - Seller must submit product titles, bullets, and product descriptions that are clearly written and assist the customer in understanding the product.
- All product images must meet Amazon site-wide image standards.
  - Sellers must certify that they have reviewed the image guidelines published in the seller Help pages and that all images they upload will conform to the guidelines.
  - Images must have white backgrounds and cannot contain inset images, watermarks, or unauthorized content.

### Seller Support

Please use the e-mail address associated with your Amazon.com Seller account.

[Contact Us]

### Other Help Sites

Sell on Amazon

Associates Program Help

Amazon Web Services

Publisher and Vendor Help

Ayuda en Español

- Images must be at least 500px on the longest size.  1,0001px is desired.

- All products must be sold as listed. Customers must be able to complete all aspects of ordering and purchasing a product using only the Amazon platform. We do not allow custom listings that would require buyers to communicate with sellers before or after the purchase in order to receive the product they want.

**\*Third-party authenticators:** Ace Authentic, Beckett Grading Services, Frameworth, Grey Flannel, Highland Mint, Icon Sports Memorabilia, James Spence Authentication, Mounted Memories Authentication, MeiGray Group, Major League Baseball, Mounted Memories, NFL Players Inc., Panini Authentic, Professional Sports Authenticator (PSA), PSA/DNA Authentication Services, Steiner Sports, Topps Collectibles, Tristar Authentic, Upper Deck Authenticated.

**Third-party grading companies**: Ace Authentic, Beckett Grading Services, Frameworth, Highland Mint, Icons Sports Memorabilia, James Spence Authentication, Major League Baseball, Mounted Memories, NFL Players Inc., Panini Authentic, Professional Sports Authenticator (PSA), PSA/DNA Authentication Services, Steiner Sports, Topps Collectibles, Tristar Authentic, Upper Deck Authenticated.

## Fees for the Sports Collectibles Store:

In addition to other fees listed in our fee table, sellers pay a referral fee on each item sold that is listed in the Sports Collectibles category.  For items listed in the Sports

Collectibles category, Amazon deducts a varying percentage of the total sales price (including any shipping or giftwrap charges) as a referral fee, excluding any taxes collected through Amazon tax collection services.

**Referral Fees:**

- 20% for the portion of the total sales price up to $100 (with a minimum referral fee of $1.00)\*;
- 10% for any portion of the total sales price greater than $100 up to $1,000; and
- 6% for any portion of the total sales price greater than $1,000.

For example, if the total sales price is $500, the referral fee is calculated as follows: $20 (for the first $100 of the total sales price) plus $40 (for the remaining $400 of the total sales price) for a total referral fee of $60.

\* The minimum referral fee of $1.00 will not apply to orders placed between November 26, 2013, and December 31, 2013.

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help



Australia    Brazil    Canada    China    France    Germany    India    Italy    Japan    Mexico    Spain    United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

Alexa
Actionable Analytics
for the Web

AmazonFresh
Groceries & More
Right To Your Door

Amazon Local
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Bookworm.com
Books For Children
Of All Ages

Casa.com
Kitchen, Storage
& Everything Home

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Look.com
Kids' Clothing
& Shoes

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Vine.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2014, Amazon.com, Inc. or its affiliates

# Exhibit 15



Benefits (/selling/benefits.htm?Id=NSGoogleAS)

What People Say (/selling/what-people-say.htm?Id=NSGoogleAS)

Getting Started (/selling/getting-started.htm?Id=NSGoogleAS)

Pricing (/selling/pricing.htm?Id=NSGoogleAS)

FAQ (/selling/faq.htm?Id=NSGoogleAS)

## Choose Your Selling Plan

When choosing a Selling Plan, consider the products you want to list. Both Individual and Professional Sellers can list products in more than 20 categories. Another 10 categories are available only to Professional Sellers who apply for permission and meet requirements.

Learn more about product categories (/services/soa-approval-category.htm?Id=NSGoogleAS). (http://g-ecx.images-amazon.com/images/G/01/rainier/help/FBA_Pricing._V178818474_.pdf?Id=NSGoogleAS)

## Selling Plans

We offer two Selling on Amazon plans. Which suits your needs?

| Selling Plan Features | | |
|---|---|---|
| Best for sellers who | | |
| Monthly subscription fee | | |
| Selling fees | | |

*Offer limited to new Professional Selling on Amazon subscriptions only. Offer is not available to sellers who have previously registered to list on Amazon.com. Offer includes one month of subscription fees only (you will be charged other fees, including referral fees, for items that sell on Amazon.com). A credit of $39.99 will be posted to your seller account to offset one month of subscription fees charged. Other limitations apply. After the trial period we will automatically charge your credit card the monthly subscription fee at the beginning of every month thereafter.

1variable closing fees applies to only Media products

## Selling Fees (?Id=NSGoogleAS)

### Per-item fees

Professional Selling Plan: no per-item fee
Individual Selling Plan: $0.99 fee for each item sold

When your item sells, Amazon collects the amount paid by the buyer (including the item price and any shipping, gift wrap, or other charges). Amazon platform shipping rates apply to media products (books, music, video, DVD, software, and video games) sold by Professional Sellers, and to all products sold by Individual Sellers. Only Professional Sellers can offer gift wrap.

See Shipping Credits by Category for a table of Amazon platform shipping rates.

### Shipping Fees (Fulfilling Orders)

When you fulfill orders yourself, Amazon platform shipping rates apply to media products (books, music, video, DVD, software, and video games) sold by Professional Sellers, and to all products sold by Individual Sellers. We charge these shipping rates based on the product category and shipping service selected by the buyer, and then pass the amount on to you.View Shipping Credits by Category. (javascript:void(0))

For products that Amazon fulfills for you, in addition to the Selling on Amazon fees, you will be charged fees for order fulfillment, storage and optional services. See fees page (/fulfillment-by- amazon/pricing.htm?Id=NSGoogleAS) for more information. Learn more about Fulfillment by Amazon (/fulfillment-by-amazon/benefits.htm?Id=NSGoogleAS).

## Fees for Media Products

**Referral Fees**

Sellers pay a referral fee on each media item sold.

For media products (books, music, video, DVD, software, and video games), Amazon deducts as a referral fee a percentage of the item price, excluding any taxes collected through Amazon tax collection services.

**Variable Closing Fees**

For each media item that is sold, sellers also pay a variable closing fee.

The referral fee percentages and variable closing fees for media products are shown in the table below.

| Media Category | Referral Fee Percentage (% of product price) | Variable Closing Fee (Fixed amount per item) |
|---|---|---|
| Books | 15% | $1.35 |
| CD and Vinyl | 15% | $1.35* |
| DVD | 15% | $1.35* |
| Software & Computer/Video Games | 15% | $1.35 |
| Videos VHS | 15% | $1.35* |
| Video Game Consoles | 8% | $1.35 |

*Through April 23, 2014, the variable closing fee is $0.80 for these product types in Fulfillment by Amazon orders.

**The following example illustrates how referral fees, variable closing fees and shipping credits are calculated:**

Example 1: Individual Seller
- An Individual Seller sells a book for $10 to a customer in the US who has selected standard shipping.
- The seller receives $10.00 for the sale of the book and $3.99 as the standard shipping credit.
- The seller is charged $1.50 for the 15% referral fee and $1.35 for the variable closing fee.

**You Ship (Self Fulfillment)**

**Credits**

| | |
|---|---|
| Item price | $10.00 |
| Standard domestic shipping credit | $3.99 |

**Selling Fees**

| | |
|---|---|
| Referral Fee: 15% x $10 | ($1.50) |
| Variable Closing Fee | ($1.35) |
| Fixed per-item fee | ($0.99) |
| Outbound Shipping: minus your pack/shipping costs | |

**Amazon Ships (Fulfillment by Amazon)**

**Credits**

| | |
|---|---|
| Item price | $10.00 |

**Selling Fees**

| | |
|---|---|
| Referral Fee 15% x $10 | ($1.50) |
| Variable Closing Fee | ($1.35) |
| Fixed per-item fee | ($0.99) |

**Fulfillment by Amazon Fees**

Effective May 29, 2014, Fulfillment by Amazon fees for certain Clothing products

| Sale Proceeds $ | |
| --- | --- |
| Net amount credited to you | $10.15* |

\* To determine true sale proceeds calculate your packing and shipping costs and subtract from net amount credited line.

are changing. Learn more (http://www.amazon.com/fba-fee-changes?Id=NSGoogleAS)

| | |
| --- | --- |
| Order Handling | ($0.00) |
| Pick & Pack | ($1.02) |
| Weight Handling* | ($0.76) |
| Outbound Shipping | N/A |
| 30 Day Storage** | ($0.01) |
| **Sale Proceeds $** | |
| Net amount credited to you | $4.37 |

\* Outbound Shipping Weight: 2 pounds
\*\* Product Dimensions: 10 x 7.1 x 0.3 inches

More examples (#)

## Fees for Non-Media Products

**Referral Fees**

Sellers pay a referral fee on each non-media item sold.

(For products other than books, music, video, DVD, software, and video games)

For non-media products, Amazon deducts as a referral fee a percentage of the total sales price (the total amount paid by the buyer including the item price and any shipping or gift wrap charges), excluding any taxes collected through Amazon tax collection services.

**Below are the referral fees of non-media products, by category.**

| Category (Non-Media Product) | Professional Selling Plan | Individual Selling Plan | Referral Fee |
| --- | --- | --- | --- |
| Baby Products (excluding baby apparel) | ✓ | ✓ | 15% |
| Beauty[1] | ✓ | ✗ | 15%[2] |
| Camera & Photo | ✓ | ✓ | 8% |
| Consumer Electronics | ✓ | ✓ | 8% |
| Electronics Accessories | ✓ | ✓ | • 15% for the portion of the total sales price up to $100 (with a minimum referral fee of $1.00 per item[3]); and • 8% for any portion of the total sales price greater than $100 |
| Grocery & Gourmet Food | ✓ | ✗ | 15% |
| Health & Personal Care (including Personal Care Appliances) | ✓ | ✗ | 15%[2] |
| Home & Garden (including Pet Supplies) | ✓ | ✓ | 15% |

| Category | | | Fee |
|---|---|---|---|
| Kindle Accessories | ✓ | ✓ | 25% |
| Kitchen | ✓ | ✓ | 15% |
| Major Appliances | ✓ | ✓ | • 15% for the portion of the total sales price up to $300; and<br>• 8% for any portion of the total sales price greater than $300 |
| Musical Instruments | ✓ | ✓ | 15% |
| Office Products | ✓ | ✓ | 15% |
| Personal Computers | ✓ | ✓ | 6% |
| Sports & Outdoors (excluding Sports Collectibles) | ✓ | ✓ | 15% |
| Tools & Home Improvement | ✓ | ✓ | 12% |
| Toys & Games | ✓ | ✓ | 15% |
| Unlocked Cell Phone | ✓ | ✓ | 8% |
| Everything Else 4 | ✓ | ✓ | 15% |
| Categories Requiring Pre-Approval | | | Contact us for approval (/content/sellers-contact-amazon.htm/ref=as_soa_pricing_cuapproval?lead=Promerchant&ld=NSGoogleAS) |
| Automotive & Powersports | ✓ | ⊗ | 12% |
| Clothing & Accessories | ✓ | ⊗ | 15% |
| Gift Cards | ✓ | ⊗ | 20% |
| Industrial & Scientific (including Food Service and Janitorial & Sanitation) | ✓ | ⊗ | 12% |
| Jewelry5 | ✓ | ⊗ | 20% of the total sales price (with a minimum referral fee of $2.00 per item) |
| Luggage & Travel Accessories | ✓ | ⊗ | 15% |
| Shoes, Handbags & Sunglasses | ✓ | ⊗ | 15% |
| Sports & Entertainment Collectibles | ✓ | ⊗ | • 20% for the portion of the total sales price up to $100 (with a minimum referral fee of $1.00)6; and<br>• 10% for any portion of the total sales price greater than $100 up to $1,000; and<br>• 6% for any portion of the total sales price greater than $1,000 |

| Tires & Wheels | ✓ | ✕ | 10% |
| Watches | ✓ | ✕ | 15% of the total sales price (with a minimum referral fee of $2.00 per item)[7] |

[1] Approval may be required for specific products in the Beauty category. Applications to list select brands are not currently being accepted.

[2] Effective March 28, 2014, the Beauty and Health & Personal Care categories will have the following structure: 15% of the total sales price (with a minimum referral fee of $1.00 per item.) The following table provides a summary of the current and new referral fees:

| Total sales price | Referral fee prior to March 28, 2014 | Referral fee effective March 28, 2014 |
| --- | --- | --- |
| Total sales price below $6.67 | 15% of total sales price | $1.00 per item |
| Total sales price $6.67 and above | 15% of total sales price | 15% of total sales price |

[3] $1.00 minimum in the Electronics Accessories category does not apply to sellers who pay a $0.99 per item fee.

[4] The Everything Else category is available to sellers for products that do not clearly fit within existing categories. Do not list items in the Everything Else category that appropriately fall within another category.

[5] New applications to sell in the Jewelry category may be submitted for future consideration. Applications are not actively being reviewed at this time. If you wish to be notified when applications are being reviewed again, please complete the Contact Us form.

[6] For the Sports & Entertainment Collectibles categories, the minimum referral fee of $1.00 will not apply to orders placed between November 26, 2013 and December 31, 2013.

[7] Effective January 16, 2014 until October 30, 2014, the Watches category will have the following fee structure:

- 15% for the portion of the total sales price up to $800.00 (with a minimum referral fee of $2.00 per item)*;
- 12% for any portion of the total sales price from $800.01 up to $2,000.00;
- 9% for any portion of the total sales price from $2,000.01 up to $5,000.00; and
- 6% for any portion of the total sales price greater than $5,000.00
*After October 30, 2014, the minimum referral fee of $2.00 per item will continue to apply.

**The following examples illustrate how fees are calculated for non-media items:**

---

**Example 4: Professional Seller**

- A Professional Seller sells a camera that weighs 3lbs for $200 to a customer in the US who has selected standard shipping, for which seller charges $7.00.
- Seller is charged the Camera and Photo category referral fee of 8% on the total sales price of $207 (item price + shipping price).

| You Ship (Self Fulfillment) | | Amazon Ships (Fulfillment by Amazon) | |
| --- | --- | --- | --- |
| **Credits** | | **Credits** | |
| Item price | $200.00 | Item price | $200.00 |
| Standard domestic shipping credit | $7.00 | **Selling Fees** | |
| **Selling Fees** | | Referral Fee 8% x $200 | ($16.00) |
| Referral Fee 8% x $207 | ($16.56) | **Fulfillment by Amazon Fees** | |
| Outbound Shipping: minus your pack/shipping costs | | Effective May 29, 2014, Fulfillment by Amazon fees for certain Clothing products are changing. Learn more (http://www.amazon.com/fba-fee-changes?Id=NSGoogleAS) | |
| **Sale Proceeds $** | | Order Handling | ($1.00) |
| Net amount credited to you | $190.44* | Pick & Pack | ($1.02) |
| *To determine true sale proceeds calculate your packing and shipping costs and subtract from net amount credited line. | | Weight Handling# | ($1.73) |
| | | Outbound Shipping | N/A |
| | | 30 Day Storage* | ($0.02) |
| | | **Sale Proceeds $** | |

|  | Net amount credited to you | $180.23 |
|---|---|---|

*Product Dimensions: 6.2 x 5.6 x 2.3 inches
#Shipping Weight: 3lbs

More examples (#)

**Solutions**

Sell on Amazon (/selling/benefits.htm?
Id=NSGoogleAS)

Fulfillment by Amazon (/fulfillment-by-
amazon/benefits.htm?
Id=NSGoogleAS)

Build a Website (/webstore-by-
amazon/how-it-works.htm?
Id=NSGoogleAS)

Amazon Payments (/amazon-
payments/payments-home.html?
Id=NSGoogleAS)

Advertise on Amazon
(/services/advertise-on-amazon.htm?
Id=NSGoogleAS)

Global Selling (/global-selling/?
Id=NSGoogleAS)

**Resources**

Seller Success Stories
(/content/case_studies.htm/?
Id=NSGoogleAS)

Support (/content/seller-support.htm?
Id=NSGoogleAS)

Tutorials and Training (/content/seller-
resources-how-to-guides.htm?
Id=NSGoogleAS)

Webinars (/content/seller-resources-
webinar-schedule.htm?
Id=NSGoogleAS)

**News and Events**

News (/content/news.htm?
Id=NSGoogleAS)

Events (/content/upcoming-
events.html?Id=NSGoogleAS)

Newsletters (/content/seller-resources-
newsletters.htm/?Id=NSGoogleAS)

Blog
(http://services.amazon.com/blog?
Id=NSGoogleAS)

**About Us**

Amazon Services (/content/about-amazon-services.htm?Id=NSGoogleAS)

Careers (/careers/main.htm?Id=NSGoogleAS)

Contact Us (/content/sellers-contact-amazon.htm?Id=NSGoogleAS)

See all Solutions (/content/amazon-seller-services-products.htm?Id=NSGoogleAS) I Privacy Policy
(/content/Privacy_Policy.htm?Id=NSGoogleAS) I Terms & Conditions (/content/Terms_Conditions.htm?Id=NSGoogleAS)

© Copyright 2014, Amazon Services LLC. All Rights Reserved. An Amazon Company

# Exhibit 16



Your Amazon.com    Today's Deals    Gift Cards    Sell    Help





Shop by **Department** ▾    Search    All ▾    [Go]    Hello. Sign in **Your Account** ▾    Try **Prime** ▾    **0 Cart** ▾    **Wish List** ▾

# Selling at Amazon.com    › Policies and Agreements    › Fees and Pricing

## Topics

< General Help

‹ Policies and Agreements

Participation Agreement

Changes to the Participation Agreement

Amazon Currency Converter for Sellers Terms and Conditions

**Fees and Pricing**

Selling Policies

Product Guidelines

Category, Product, and Listing Restrictions

IRS Reporting Regulations on Third-Party Payment Transactions

Tax Collection Services Terms

Amazon Anti-Counterfeiting Policy

FBA Inventory Placement Program Terms and Conditions

Important Notice for International Sellers

## Other Help Areas

Amazon Prime

Shipping & Delivery

Returns & Refunds

Managing Your Account

Payment, Pricing & Promotions

Ordering

Kindle

MP3, Instant Video & Apps

Gifts, Gift Cards & Registries

Security & Privacy

Author, Publisher & Vendor Guides

Site Features

**Search Help:** [Enter a keyword or topic]    [Search Seller Help]

# Fees and Pricing

When your item sells, Amazon collects the amount paid by the buyer (including the item price and any shipping, gift wrap, or other charges).

Amazon deducts as a referral fee a percentage of (i) the item price, and (ii) any gift wrap charges, in each case excluding any taxes collected through Amazon tax collection services, plus a variable closing fee. Sellers who do not pay a monthly subscription fee also pay a per item fee for each item sold.

Amazon platform shipping rates apply to all items sold. Only Professional sellers can offer gift wrap.

See Shipping Rates and Services for a table of shipping credits.

Here's how it works:

Item price
+ Shipping charges paid by the buyer
+ Gift wrap charges paid by the buyer
- Referral fee (applicable percentage of the item price and any gift wrap charges paid by the buyer)
- Variable closing fee
- $0.99 per item fee (waived for sellers who pay a subscription fee)
---------------------------------------
= Total deposited to seller account

*Referral Fees*

The table below describes the referral fee percentages and variable closing fees by category.

| Product Type | Referral Fee Percentage |
|---|---|
| Amazon Kindle | 15% |
| Automotive & Powersports | 12% |
| Baby Products (excluding baby apparel) | 15% |
| Beauty | 15%[1] |

## Seller Support

Please use the e-mail address associated with your Amazon.com Seller account.

[Contact Us]

## Other Help Sites

Sell on Amazon

Associates Program Help

Amazon Web Services

Publisher and Vendor Help

Ayuda en Español

| | |
|---|---|
| Books | 15% |
| Camera and Photo | 8% |
| Clothing & Accessories | 15% |
| Consumer Electronics | 8% |
| Electronics Accessories | • 15% for the portion of the item price and any gift wrap charges paid by the buyer, up to $100 (with a minimum referral fee of $1.00 per item[2]); and<br>• 8% for any portion of the item price and any gift wrap charges paid by the buyer, greater than $100 |
| Entertainment Collectibles | • 20% for the portion of the item price and any gift wrap charges paid by the buyer, up to $100 (with a minimum referral fee of $1.00)[3];<br>• 10% for any portion of the item price and any gift wrap charges paid by the buyer, greater than $100 up to $1,000; and<br>• 6% for any portion of the item price and any gift wrap charges paid by the buyer, greater than $1,000 |
| Health & Personal Care (including Personal Care Appliances) | 15%[1] |
| Home & Garden (including Pet Supplies)[4] | 15% |
| Industrial & Scientific (including Food Service and Janitorial & Sanitation) | 12% |

| | |
|---|---|
| Jewelry | 20% of the item price and any gift wrap charges paid by the buyer (with a minimum referral fee of $2.00 per item) |
| Kindle Accessories | 25% |
| Luggage & Travel Accessories | 15% |
| Major Appliances | • 15% for the portion of the item price and any gift wrap charges paid by the buyer, up to $300; and<br>• 8% for any portion of the item price and any gift wrap charges paid by the buyer, greater than $300 |
| Music | 15% |
| Musical Instruments | 15% |
| Office Products | 15% |
| Personal Computers | 6% |
| Shoes, Handbags and Sunglasses | 15% |
| Software & Computer/Video Games | 15% |
| Sporting Goods | 15% |
| Sports Collectibles | • 20% for the portion of the item price and any gift wrap charges paid by the buyer, up to $100 (with a minimum referral fee of $1.00)[3];<br>• 10% for any portion of the item price and any gift wrap charges paid by the buyer, |

| | greater than $100 up to $1,000; and |
| | • 6% for any portion of the item price and any gift wrap charges paid by the buyer, greater than $1,000 |
| Tires & Wheels | 10% |
| Tools & Home Improvement | 12% |
| Toys | 15% |
| Unlocked Cell Phones | 8% |
| Video & DVD | 15% |
| Video Games | 15% |
| Video Game Consoles | 8% |
| Watches | 15% of the item price and any gift wrap charges paid by the buyer (with a minimum referral fee of $2.00 per item)[5] |
| Everything Else[6] | 15% |

[1] Effective March 28, 2014, the Beauty and Health & Personal Care categories will have the following fee structure: 15% of the total sales price (with a minimum referral fee of $1.00 per item). The following table provides a summary of the current and new referral fees:

| Total item price | Referral fee prior to March 28, 2014 | Referral fee effective March 28, 2014 |
|---|---|---|
| Total item price below $6.67 | 15% of the item price and any gift wrap charges paid by the buyer | $1.00 per item |
| Total item price | 15% of the item price and any | 15% of the item price and any |

| total item price $6.67 and above | price and any gift wrap charges paid by the buyer | price and any gift wrap charges paid by the buyer |
|---|---|---|

[2] $1.00 minimum in the Electronics Accessories category does not apply to sellers who pay a $0.99 per item fee.

[3] The minimum referral fee of $1.00 will not apply to orders placed between November 26, 2013, and December 31, 2013.

[4] The Home & Garden store includes seasonal Lawn and Garden products such as Pool Supplies, Landscaping Equipment and Supplies, Snow Removal Equipment, and Generators.

[5] Effective January 16, 2014, until October 30, 2014, the Watches category will have the following referral fee structure:

15% for the portion of the item price and any gift wrap charges paid by the buyer, up

to $800.00 (with a minimum referral fee of $2.00 per item)*;
12% for any portion of the item price and any gift wrap charges paid by the buyer from $800.01 up to $2,000.00;
9% for any portion of the item price and any gift wrap charges paid by the buyer from $2,000.01 up to $5,000 .00; and
6% for any portion of the item price and any gift wrap charges paid by the buyer greater than $5,000.00

* After October 30, 2014, the referral fee of $2.00 per item will continue to apply.

See examples below:
Example 1: An $8.00 watch will have a referral fee of $2.00 (greater of 15% of the item price, including gift wrap, and $2.00).
Example 2: A $200.00 watch will have a referral fee of $30.00 (15% of the item price, including gift wrap).
Example 3: A $7,000 watch will have a referral fee of $654.00. A 15% referral fee of $120.00 will apply to the portion of the item price (including gift wrap) up to $800.00. A 12% referral fee of $144.00 will apply to the portion of the item price (including gift wrap) from $800.01 up to $2,000.00. A 9% referral fee of $270.00 will apply to the portion of item price (including gift wrap) from $2,000.01 up to $5,000.00. Finally, a 6% referral fee of $120.00 will apply to the portion of the item price (including gift wrap) between $5,000.01 and $7,000.00.

[6] The Everything Else category is available to sellers for products that do not clearly fit within existing categories. Do not list items in the Everything Else category that appropriately fall within another category.

***Variable Closing Fees***

Media products (per item):

| Product Type | Domestic Standard | Domestic Expedited | International |
|---|---|---|---|
| Books | $1.35 | $1.35 | $1.35 |
| DVD | $1.35* | $1.35* | $1.35* |
| Music | $1.35* | $1.35* | $1.35* |
| Software & Computer/Video Games | $1.35 | $1.35 | Not available |

| | | | |
|---|---|---|---|
| Video | $1.35* | $1.35* | $1.35* |
| Video Games | $1.35 | $1.35 | Not available |
| Video Game Consoles | $1.35 | $1.35 | Not available |

*\* Through April 23, 2014, the variable closing fee is $0.80 for these product types in Fulfillment by Amazon orders.*

Other products (per item plus per weight):

| Product Type | Domestic Standard | Domestic Expedited | International |
|---|---|---|---|
| Non-media products | $0.45 + $0.05/lb. | $0.65 + $0.10/lb. | Not available |

Every 14 days, Amazon initiates a transfer of available funds to your bank account. See Getting Paid for details.

For information about fees for other programs, use the links below.

- Fulfillment by Amazon - FBA Fees and Pricing
- Webstore by Amazon - Webstore Fees and Pricing
- Amazon Product Ads - Cost-per-click Fees and Pricing

## Pricing

Individual sellers may not list items at a price in excess of $10,000 (US Dollars). Individual sellers approved to list in the Collectible Books category are not subject to this limitation.

You may list items at any price you feel is fair, regardless of the Amazon.com price or list price, within the limits set by Amazon, and so long as your price adheres to our General Pricing rule. However, only items priced at or above the list price (MSRP) or $10, whichever is greater, are eligible for listing as Collectible music or other media products. Collectible books may be listed at any price. Music and other media items priced below $10 or list price may not be listed as Collectible.

**General Pricing Rule:** By our General Pricing rule, you must always ensure that the item price and total price of an item you list on Amazon.com are at or below the item price and total price at which you offer and/or sell the item via any other online sales channel.

Our pricing terms are defined below:

The **item price** is the amount payable by a customer, excluding shipping and handling, as it appears when you list an item.

The **total price** is the amount payable by a customer *as well as* all terms of offer/sale. This includes all of the following:

- Shipping and handling charges
- Discounts, rebates, or special sales/promotions you offer/make with respect to purchases
- Shipping method
- Business practices, such as any reduction or elimination of shipping charges on an order, or of any other order-related fees and expenses
- Low-price guarantees

The total price does not include discounts, sales, rebates, or other promotional

offers you attempt to make available through Amazon Marketplace but which we do
not honor or support.

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

**amazon.com**

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| | | | | |
|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **AmazonFresh**<br>Groceries & More<br>Right To Your Door | **Amazon Local**<br>Great Local Deals<br>in Your City | **AmazonSupply**<br>Business, Industrial<br>& Scientific Supplies | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services |
| **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Bookworm.com**<br>Books For Children<br>Of All Ages | **Casa.com**<br>Kitchen, Storage<br>& Everything Home | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography |
| **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands |
| **Soap.com**<br>Health, Beauty &<br>Home Essentials | **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **Vine.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates

# Exhibit 17



**Your Amazon.com**    **Today's Deals**    **Gift Cards**    **Sell**    **Help**

New Year, New You 2014
Shop now
Sponsored by Quicken

Shop by
**Department** ▾    | Search | All ▾ | | **Go** |

Hello. Sign in
**Your Account** ▾    Try
**Prime** ▾    **0**
**Cart** ▾    Wish
**List** ▾

# Help & Customer Service

| Enter a keyword or topic | **Search Help** |

‹ All Help Topics

### Security & Privacy

E-mails from Amazon.com

Supply Chain Standards

Amazon.com Privacy Notice

**Conditions of Use**

Choose a Strong Password

Protect Your System

About Accessibility

Public PGP Key

Report a Security Issue

Your Amazon.com Bill of Rights

### Quick Solutions

Track or Manage Purchases

Manage Payment Options

Return or Replace Items

Change Name, E-mail, or
Password

Manage Address Book

Manage Your Kindle

Kindle Help Forum

General Help Forum

Contact Us

Security & Privacy ›

## Conditions of Use

Last updated: December 5, 2012

Welcome to Amazon.com. Amazon Services LLC and/or its affiliates ("Amazon") provide website features and other products and services to you when you visit or shop at Amazon.com, use Amazon products or services, use Amazon applications for mobile, or use software provided by Amazon in connection with any of the foregoing (collectively, "Amazon Services"). Amazon provides the Amazon Services subject to the following conditions.

**By using Amazon Services, you agree to these conditions. Please read them carefully.**

We offer a wide range of Amazon Services, and sometimes additional terms may apply. When you use an Amazon Service (for example, Your Profile, Gift Cards, Amazon Instant Video, Your Media Library, or Amazon applications for mobile) you also will be subject to the guidelines, terms and agreements applicable to that Amazon Service ("Service Terms"). If these Conditions of Use are inconsistent with the Service Terms, those Service Terms will control.

**PRIVACY**

Please review our Privacy Notice, which also governs your use of Amazon Services, to understand our practices.

**ELECTRONIC COMMUNICATIONS**

When you use any Amazon Service, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this site or through the other Amazon Services. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

**COPYRIGHT**

All content included in or made available through any Amazon Service, such as text, graphics, logos, button icons, images, audio clips, digital downloads, and data compilations is the property of Amazon or its content suppliers and protected by United States and international copyright laws. The compilation of all content included in or made available through any Amazon Service is the exclusive property of Amazon and protected by U.S. and international copyright laws.

**TRADEMARKS**

Click here to see a non-exhaustive list of Amazon trademarks. In addition, graphics, logos, page headers, button icons, scripts, and service names included in or made available through any Amazon Service are trademarks or trade dress of Amazon in the U.S. and other countries. Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon that appear in any Amazon Service are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

**PATENTS**

One or more patents owned by Amazon apply to the Amazon Services and to the features and services accessible via the Amazon Services. Portions of the Amazon Services operate under license of one or more patents. Click here to see a non-exhaustive list of applicable Amazon patents and applicable licensed patents.

**LICENSE AND ACCESS**

Subject to your compliance with these Conditions of Use and your payment of any applicable fees, Amazon or its content providers grant you a limited, non-exclusive, non-transferable, non-sublicensable license to access and make personal and non-commercial use of the Amazon Services. This license does not include any resale or commercial use of any Amazon Service, or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of any Amazon Service or its contents; any downloading or copying of account information for the benefit of another merchant; or any use of data mining, robots, or similar data gathering and extraction tools. All rights not expressly granted to you in these Conditions of Use or any Service Terms are reserved and retained by Amazon or its licensors, suppliers, publishers, rightsholders, or other content providers. No Amazon Service, nor any part of any Amazon Service, may be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of Amazon. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Amazon without express written consent. You may not use any meta tags or any other "hidden text" utilizing Amazon's name or trademarks without the express written consent of Amazon. You may not misuse the Amazon Services. You may use the Amazon Services only as permitted by law. The licenses granted by Amazon terminate if you do not comply with these Conditions of Use or any Service Terms.

**YOUR ACCOUNT**

If you use any Amazon Service, you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. Amazon does sell products for children, but it sells them to adults, who can purchase with a credit card or other permitted payment method. If you are under 18, you may use the Amazon Services only with involvement of a parent or guardian. Alcohol listings on Amazon are intended for adults. You must be at least 21 years of age to purchase alcohol, or use any site functionality related to alcohol. Amazon reserves the right to refuse service, terminate accounts, remove or edit content, or cancel orders in its sole discretion.

**REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT**

Visitors may post reviews, comments, photos, and other content; send e-cards and other communications; and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. Amazon reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content.

If you do post content or submit material, and unless we indicate otherwise, you grant Amazon a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Amazon and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the content that you post; that the content is accurate; that use of the content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify Amazon for all claims resulting from content you supply. Amazon has the right but not the obligation to monitor and edit or remove any activity or content. Amazon takes no responsibility and assumes no liability for any content posted by you or any third party.

**COPYRIGHT COMPLAINTS**

Amazon respects the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

**RISK OF LOSS**

All items purchased from Amazon are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

**RETURNS, REFUNDS AND TITLE**

Amazon does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Amazon does not take title to the refunded item. For more information about our returns and refunds, please see our Returns Center.

**PRODUCT DESCRIPTIONS**

Amazon attempts to be as accurate as possible. However, Amazon does not warrant that product descriptions or other content of any Amazon Service is accurate, complete, reliable, current, or error-free. If a product offered by Amazon itself is not as described, your sole remedy is to return it in unused condition.

**PRICING**

Except where noted otherwise, the List Price or Suggested Price displayed for products on any Amazon Service represents the full retail price listed on the product itself, suggested by the manufacturer or supplier, or estimated in accordance with standard industry practice; or the estimated retail value for a comparably featured item offered elsewhere. The List Price or Suggested Price is a comparative price estimate and may or may not represent the prevailing price in every area on any particular day. For certain items that are offered as a set, the List Price or Suggested Price may represent "open-stock" prices, which means the aggregate of the manufacturer's estimated or suggested retail price for each of the items included in the set. Where an item is offered for sale by one of our merchants, the List Price or Suggested Price may be provided by the merchant.

With respect to items sold by Amazon, we cannot confirm the price of an item until you order. Despite our best efforts, a small number of the items in our catalog may be mispriced. If the correct price of an item sold by Amazon is higher than our stated price, we will, at our discretion, either contact you for instructions before shipping or cancel your order and notify you of such cancellation. Other merchants may follow different policies in the event of a mispriced item.

We generally do not charge your credit card until after your order has entered the shipping process or, for digital products, until we make the digital product available to you.

**AMAZON SOFTWARE TERMS**

In addition to these Conditions of Use, the terms found here apply to any software (including any updates or upgrades to the software and any related documentation) that we make available to you from time to time for your use in connection with Amazon Services (the "Amazon Software").

**OTHER BUSINESSES**

Parties other than Amazon operate stores, provide services, or sell product lines on this site. In addition, we provide links to the sites of affiliated companies and certain other businesses. We are not responsible for examining or evaluating, and we do not warrant the offerings of, any of these businesses or individuals or the content of their Web sites. Amazon does not assume any responsibility or liability for the actions, product, and content of all these and any other third parties. You should carefully review their privacy statements and other conditions of use.

**DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY**

THE AMAZON SERVICES AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) AND OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES ARE PROVIDED BY AMAZON ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. AMAZON MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE AMAZON SERVICES, OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THE AMAZON SERVICES IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, AMAZON DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. AMAZON DOES NOT WARRANT THAT THE AMAZON SERVICES, INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES, AMAZON'S SERVERS OR ELECTRONIC COMMUNICATIONS SENT FROM AMAZON ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. AMAZON WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF ANY AMAZON SERVICE, OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH ANY AMAZON SERVICE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES,

UNLESS OTHERWISE SPECIFIED IN WRITING.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

**DISPUTES**

**Any dispute or claim relating in any way to your use of any Amazon Service, or to any products or services sold or distributed by Amazon or through Amazon.com will be resolved by binding arbitration, rather than in court**, except that you may assert claims in small claims court if your claims qualify. The Federal Arbitration Act and federal arbitration law apply to this agreement.

**There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief or statutory damages), and must follow the terms of these Conditions of Use as a court would.**

To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501. The arbitration will be conducted by the American Arbitration Association (AAA) under its rules, including the AAA's Supplementary Procedures for Consumer-Related Disputes. The AAA's rules are available at www.adr.org or by calling 1-800-778-7879. Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules. We will reimburse those fees for claims totaling less than $10,000 unless the arbitrator determines the claims are frivolous. Likewise, Amazon will not seek attorneys' fees and costs in arbitration unless the arbitrator determines the claims are frivolous. You may choose to have the arbitration conducted by telephone, based on written submissions, or in person in the county where you live or at another mutually agreed location.

**We each agree that any dispute resolution proceedings will be conducted only on an individual basis and not in a class, consolidated or representative action.** If for any reason a claim proceeds in court rather than in arbitration **we each waive any right to a jury trial**. We also both agree that you or we may bring suit in court to enjoin infringement or other misuse of intellectual property rights.

**APPLICABLE LAW**

By using any Amazon Service, you agree that the Federal Arbitration Act, applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon.

**SITE POLICIES, MODIFICATION, AND SEVERABILITY**

Please review our other policies, such as our pricing policy, posted on this site. These policies also govern your use of Amazon Services. We reserve the right to make changes to our site, policies, Service Terms, and these Conditions of Use at any time. If any of these conditions shall be deemed invalid, void, or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition.

**OUR ADDRESS**

```
Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226
```
http://www.amazon.com

**How to Serve a Subpoena**

If you have a subpoena to serve on Amazon, please note that Amazon does not accept service via e-mail or fax and will not respond to the subpoena. All subpoenas must be properly served on Amazon.com, preferably by mailing the subpoena to Corporation Service Company (CSC), Amazon's national registered agent. Please find below the Washington address for CSC (the CSC office in your jurisdiction may be located through the Secretary of State's website):

```
Amazon.com, Inc.
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501
Attn: Legal Department - Subpoena
```

Please note also that providing detailed and accurate information at the outset will facilitate efficient processing of your request. That information will include, for example, e-mail and/or credit card number used to make purchases for retail purchase information; the name, e-mail, and physical address of a seller for seller information; Kindle serial number for Kindle information (please note we do not have GPS location information); and IP address and complete time stamp for AWS information.

**Notice and Procedure for Making Claims of Copyright Infringement**

If you believe that your work has been copied in a way that constitutes copyright infringement, please submit your complaint using our online form. We respond quickly to the concerns of rights owners about any alleged infringement.

If you prefer to submit a report in writing, please provide us with this information:

- A physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- A description of the copyrighted work that you claim has been infringed upon;
- A description of where the material that you claim is infringing is located on the site;
- Your address, telephone number, and e-mail address;
- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Amazon's Copyright Agent for notice of claims of copyright infringement on its site can be reached as follows:

```
Copyright Agent
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
phone: (206) 266-4064
fax: (206) 266-7010
e-mail: copyright@amazon.com
Courier address:
Copyright Agent
Amazon.com Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210
USA
```

Please note that this procedure is exclusively for notifying Amazon that your copyrighted material has been infringed.

**Additional Amazon Software Terms**

1. **Use of the Amazon Software.** You may use Amazon Software solely for purposes of enabling you to use and enjoy the Amazon Services as provided by Amazon, and as permitted by the Conditions of Use, these Software Terms and any Service Terms. You may not incorporate any portion of the Amazon Software into your own programs or compile any portion of it in combination with your own programs, transfer it for use with another service, or sell, rent, lease, lend, loan, distribute or sub-license the Amazon Software or otherwise assign any rights to the Amazon Software in whole or in part. You may not use the Amazon Software for any illegal purpose. We may cease providing any Amazon Software and we may terminate your right to use any Amazon Software at any time. Your rights to use the Amazon Software will automatically terminate without notice from us if you fail to comply with any of these Software Terms, the Conditions of Use or any other Service Terms. Additional third party terms contained within or distributed with certain Amazon Software that are specifically identified in related documentation may apply to that Amazon Software (or software incorporated with the Amazon Software) and will govern the use of such software in the event of a conflict with these Conditions of Use. All software used in any Amazon Service is the property of Amazon or its software suppliers and protected by United States and international copyright laws.

2. **Use of Third Party Services.** When you use the Amazon Software, you may also be using the services of one or more third parties, such as a wireless carrier or a mobile platform provider. Your use of these third party services may be subject to the separate policies, terms of use, and fees of these third parties.

3. **No Reverse Engineering.** You may not, and you will not encourage, assist or authorize any other

person to copy, modify, reverse engineer, decompile or disassemble, or otherwise tamper with, the Amazon Software, whether in whole or in part, or create any derivative works from or of the Amazon Software.

4. **Updates.** In order to keep the Amazon Software up-to-date, we may offer automatic or manual updates at any time and without notice to you.

5. **Export Regulations; Government End Users.** You must comply with all export and re-export restrictions and regulations of the Department of Commerce and other United States agencies and authorities that may apply to the Amazon Software. If you are a U.S. Government end user, we are licensing the Amazon Software to you as a "Commercial Item" as that term is defined in the U.S. Code of Federal Regulations (see 48 C.F.R. § 2.101), and the rights we grant you to the Amazon Software are the same as the rights we grant to all others under these Conditions of Use.

---

| Enter a keyword or topic | **Search Help** |

---

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Kindle

Help

**AMAZON**.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **Alexa** Actionable Analytics for the Web | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies |
| **Amazon Web Services** Scalable Cloud Computing Services | **Askville** Community Answers | **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home |
| **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India |
| **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials | **TenMarks.com** Math Activities for Kids & Schools | **Vine.com** Everything to Live Life Green |
| **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot!** Discounts and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

# Exhibit 18

# Amended Interim Designation of Agent to Receive Notification
## of Claimed Infringement

**Full Legal Name of Service Provider:** Amazon.com, Inc. and its affiliates

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** Amapedia.com; Amazon.ca; Amazon.com; Amazonservices.com; Askville.com; Endless.com; Nownow.com; Shelfari.com; Smallparts.com; Aldenteblog.com; Amazongrocer.com; Armchaircommentary.com; Carlustblog.com; Chordstrike.com; Enduserblog.com; Omnivoracious.com; Toywhimsy.com; Wagreflex.com

Address of Service Provider: P.O. Box 81226, Seattle, WA 98108

**Name of Agent Designated to Receive**
**Notification of Claimed Infringement:** Adrian Garver

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
1200 12th Ave South, Suite 1200

Seattle, WA 98144

**Telephone Number of Designated Agent:** 206-266-4064

**Facsimile Number of Designated Agent:** 206-266-7010

**Email Address of Designated Agent:** copyright@amazon.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: Amazon.com, Inc. and its affiliates / Received Date: 12/07/2007; Scanned Date: 01/08/2008

Signature of Officer or Representative of the Designating Service Provider:

_____ Date: 1-28-09

Typed or Printed Name and Title: Karen Ressmeyer, Assistant Secretary

 0 2 19 - 2009

**Note: This Amended Interim Designation Must be Accompanied by a $80 Filing Fee Made Payable to the Register of Copyrights.**

Mail the form to:

Copyright GC/I&R
P.O. Box 70400
Washington, DC 20024

161765938

