UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>    Defendant. | Case No. 14-cv-02115-ABC-E<br><br>Related and Consolidated for Trial with Case: 12-cv-10413-ABC-E<br><br>~~AMAZON.COM'S PROPOSED~~ **ORDER ADOPTING STIPULATED PROTECTIVE ORDER**<br><br>ACTION FILED: March 20, 2014 |

  Having considered the Stipulation and Protective Order, and with good cause appearing, the Court hereby adopts the parties' Stipulation and Protective Order as the order of the Court in this matter.

Dated: June 20, 2014

                   /s/
                  Honorable Charles F. Eick
                  United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROPOSED ORDER
CASE NO. 14-CV-02115-ABC-E
RELATED CASE: 14-CV-10413-ABC-E

- 1 -

30240\4429189.1